604

JOSEPH MASSARI, ET ALS., PLAINTIFFS-RESPONDENTS, v.
CHARLES EINSIEDLER, DEFENDANT-PETITIONER.

See same case below: 3 N. J. Super. 40; 65 A. 2nd 538.

*Messrs. McGlynn, Weintraub & Stein* for the petitioner.

*Mr. Arthur L. Abrams* and *Mr. David Stoffer* for the respondents.

May 26, 1949. Denied.

DANIEL MULHEARN, PLAINTIFF-RESPONDENT, v. FED-
ERAL SHIPBUILDING AND DRY DOCK COMPANY,
DEFENDANT-PETITIONER.

*Messrs. Stryker, Tams & Horner, Mr. William L. Dill, Jr.,*
and *Mr. John J. Monigan, Jr.,* for the petitioner.

*Mr. Louis Reich, Mr. Edward A. Markley* and *Mr. Patrick
J. McDevitt* for the respondent.

June 13, 1949. Denied. Opinion reported at 2 N. J. 356.

ANTHONY GUSSIE, PLAINTIFF-PETITIONER, v. PENNSYL-
VANIA RAILROAD COMPANY, DEFENDANT-
RESPONDENT.

See same case below: 1 N. J. Super. 293; 64 A. 2nd 244.

*Mr. Samuel M. Cole* for the petitioner.

*Messrs. O'Mara, Conway & Schumann* for the respondent.

June 13, 1949. Denied.